AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

ROBERT G. GALLAGHER, et al.

       Plaintiffs,           JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:07-cv-00223-BES-RAM**

RICHARD S. LONG, et al.

       Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss First Amended Complaint as to All Plaintiffs and All Causes of Action (#30) is GRANTED.

| May 12, 2008 | **LANCE S. WILSON** |
|---|---|
| | Clerk |
| | /s/ Pamela McDonald |
| | Deputy Clerk |